UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE CANNING | : |
| Plaintiff, | : Civil Action No. 01-2215 (GK) |
| v. | : |
| U.S. DEPARTMENT OF JUSTICE | : |
| Defendant. | : |

**JOINT STATEMENT PURSUANT TO THIS COURT'S MAY 15, 2014 ORDER**

Pursuant to this Court's May 15, 2014, Order, the parties file this Joint Statement.

**Defendant's Statement**

Defendant submits that the following docket entries should be considered by this Court for resolution of the parties cross-motions: Dk. Entry Nos. 52, 65-70, 79-81,94, 96.  On or about June or July 2009, Defendant FBI re-reviewed, page-by-page, over 5,000 pages of responsive documents and released approximately 71 pages of additional responsive materials pursuant to the new AG FOIA Guidelines to Plaintiff on or about July 13, 2009.  (ECF No. 94).  Defendant submits that it has complied with this Court's Order to re-review its FOIA Releases for Discretionary Release of Information.

**Plaintiff's Statement**

Plaintiff submits the following to be considered by the Court in deciding the cross-motions. The dates are the dates listed on the docket.

**Docket No. 52, 1/28/05:**  Motion For Summary Judgment On Behalf Of The Federal Bureau Of Investigation Documents; Memorandum Supporting Defendant's Motion For Summary Judgment On Behalf Of The Federal Bureau Of Investigation Documents; Statement of Material

Facts Not In Dispute; and Declarations of John F. Boseker (EOUSA), Kathy Hsu (DOJ Criminal Division), and Keith R. Gehle (FBI).

**Docket Nos. 67-70, 5/27/05:**  Plaintiff's Cross-Motion For Partial Summary Judgment; Plaintiff's Motion For Supplemental Vaughn Index; Memorandum . . . In Opposition To Defendant's Motion For Summary Judgment On Behalf Of The FBI, And In Support Of Plaintiff's Motions For Partial Summary Judgment And For Supplemental Vaughn Indices; and Plaintiff's Local Rule 7(h) Statements; Fourth Declaration of George Canning.

**Docket Nos. 79 and 80, 9/15/05:**  Defendant's Opposition To Plaintiff's Cross-Motion For Partial Summary Judgment And Supplemental Vaughn Indices And Defendant's Reply In Support Of Defendant's Motion For Summary Judgment; and Declaration Of Nancy L. Steward.

**Docket No. 81, 9/29/05:**  Reply To Defendant's Opposition To Plaintiff's Motions For Partial Summary Judgment And Supplemental Vaughn Indices.

**Docket No. 94, 12/14/09:**  Status Report By Defendant [re requested discretionary release].

**Docket No. 96, 1/5/10:**  Response To Defendant's Status Report; and Notice Of Filing [the FBI's discretionary FOIA release].

In addition, in plaintiff's Fourth Declaration (Docket Nos. 67-70, supra), he incorporated his prior declarations filed in this case by reference.  Plaintiff states that his Second Declaration (**Docket No. 28, 10/29/02**, filed in his opposition to EOUSA's motion for summary judgment) is pertinent to the cross-motions regarding the FBI, as it provides detailed background information regarding the Justice Department's investigation and prosecution of the plot to kidnap Lewis DuPont Smith.

      B.      Status of Plaintiff's Motion
             For An Order Directing The FBI To
             Re-Review Its FOIA Releases
             For Discretionary Release Of Information

Although the Court appears not to have ruled on plaintiff's motion, the FBI did conduct the requested review and made a new FOIA release to plaintiff.  Defendant filed a Status Report about it (Docket No. 94), and plaintiff filed a response to that Status Report (Docket No. 96).

The Plaintiff therefore believes the motion for an order to the FBI to <u>conduct</u> the discretionary review is moot. The results of that review (i.e. the continued withholdings) are, however, still at issue in the parties' cross-motions for summary judgment, as plaintiff noted in his Response to defendant's Status Report.

  C. Plaintiff's Motion
    For A Supplemental *Vaughn* Index

Plaintiff recalled while preparing this Joint Statement, that part of plaintiff's opposition to defendant's motion for summary judgment (Docket Nos. 67-70, noted above), was an assertion that defendant's Vaughn submission is inadequate.  Plaintiff's Motion For Supplemental Vaughn Index (Id.) is paired with his cross-motion for summary judgment and is argued in plaintiff's Memorandum, and it remains pending as well.

Dated: May 30, 2014     Respectfully submitted,

           /s/ George Canning
           Plaintiff


           RONALD C.  MACHEN JR.
           UNITED STATES ATTORNEY
           D.C. BAR NUMBER 447889

           DANIEL F. VAN HORN, D.C. Bar No. 924092
           Chief, Civil Division


           _____  /s/_____
           RHONDA L. CAMPBELL, D.C. Bar No. 462402
           Assistant United States Attorneys
           Civil Division
           555 4th Street, N.W.
           Washington, D.C. 20530
           (202) 252-2559
           Rhonda.campbell@usdoj.gov

           Counsel for Defendant United States